# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Sonia Lorena Brown,

        Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                       3:04-cv-549-1-V

USA,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 7, 2006 Order.

**Signed: February 8, 2006**

Frank G. Johns, Clerk
United States District Court